UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENT KING,<br><br>                    Plaintiff,<br><br>    v.<br><br>KAHALA BRANDS, doing business as Taco Time,<br><br>                    Defendant. | NO: 2:15-CV-229-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation of Dismissal with Prejudice, ECF No. 19.  Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal with Prejudice, **ECF No. 19**, is **APPROVED**.  Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  The District Court Clerk is directed to enter this Order, provide copies to
2  counsel, and **close this case**.
3      **DATED** this 12th day of October 2016.

4

5                  *s/ Rosanna Malouf Peterson*
                 ROSANNA MALOUF PETERSON
6                      United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21